# Exhibit 2

| US11189921 | Microamp CellBox Air gNodeB ("Accused Product") |
|---|---|
| 14. A system, comprising: a mobile housing including at least a pole, a tower, or a shipping container to receive a signal from one or more predetermined targets; | The accused product utilizes a system, that comprises a mobile housing (e.g., housing of the accused product) including at least a pole, a tower (e.g., 5G base station), or a shipping container to receive a signal (e.g., user data, control information, feedback, etc.) from one or more predetermined targets (e.g., connected UE).<br><br>As shown below, the accused product is a 5G enabled mmWave gNB. In 5G NR, a 5G base station receives user data, control information, and feedback from the User Equipment (UE), enabling the UE to transmit information to the 5G network via the uplink communication link.<br><br>**CellBox Air gNodeB**<br><br>A multi-gigabit 5G mmWave gNodeB of superior stability and excellent economics.<br><br><br><br>**Performance** 4+ Gbps    **Latency** < 5 ms    **Bandwidth** up to 3 x 400 MHz<br><br>**Frequency Bands** 5G mmWave n257, n258    **Deployment** Outdoor, macro cell    **Duplex** TDD<br><br>CellBox Air gNodeB is a carrier-grade wireless base station for deploying high-capacity outdoor 5G mmWave networks of outstanding stability and near-zero latency, facilitating ultra-fast connections between the user device and the core network. more<br><br>https://microamp-solutions.com/products/cellbox-air-gnb |

CellBox Air gNodeB is a carrier-grade wireless base station for deploying high-capacity outdoor 5G mmWave networks of outstanding stability and near-zero latency, facilitating ultra-fast connections between the user device and the core network.

It consists of:

- a powerful CellBox Air 5G mmWave Radio that accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance;
- a scalable RAN that allows extensive flexibility of 5G network deployment, both in outdoor private networks and fixed wireless access scenarios.

CellBox Air gNodeB provides excellent computing power in higher network layers and leverages the disaggregated architecture, which allows for the connection of multiple 5G mmWave radios, cost-efficiently expanding coverage.

https://microamp-solutions.com/products/cellbox-air-gnb

CellBox Air 5G mmWave is a high-power radio for distributing the 5G network signal in the mmWave spectrum in outdoor and macro cell scenarios. It allows for building next-generation mmWave 5G networks of enormous capacity and excellent economics.

The device accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance. It fully supports a distributed architecture, seamlessly interfacing with higher network layers provided by Microamp infrastructure, accelerated on the cloud or external servers, granting new dimensions of deployment flexibility.

CellBox Air 5G mmWave features a high-power RF front-end that provides an excellent link budget and allows for the equal distribution of the multi-gig signal within the covered area. It contains an integrated Massive MIMO antenna array and offers advanced beamforming and ultra-sensitivity, which translate into carrier-grade signal stability and coverage, making it a perfect solution for outdoor and macro cell use.

The radio is fully adapted to support all the Microamp 5G mmWave network features, such as Integrated Access and Backhaul, Mobility Mode, and an Uplink-heavy System.

https://microamp-solutions.com/products/cellbox-air-radio



**Superior 5G mmWave Coverage**

Extended and consistent signal range in mobile setup, fixed wireless access, and private network scenarios.

https://microamp-solutions.com/products/cellbox-air-radio

## 4.2    Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**
  - The UE stores the AS context;
  - Transfer of unicast data to/from UE;
  - At lower layers, the UE may be configured with a UE specific DRX;
  - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;
  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
  - Network controlled mobility within NR and to/from E-UTRA;
  - The UE:
    - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;
    - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;
    - Provides channel quality and feedback information;
    - Performs neighbouring cell measurements and measurement reporting;
    - Acquires system information;
    - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

### 5.3.3    RRC connection establishment

#### 5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

The 5G NR (New Radio) uplink is the communication link from the User Equipment (UE) to the 5G network, specifically to the gNodeB (gNB), which is the 5G base station. The uplink is crucial for transmitting user data, control information, and feedback from the UE to the network. Let's explore the technical details of the 5G NR uplink:

https://www.telecomtrainer.com/5g-nr-uplink/

| one or more antennas to focus on one or more predetermined targets by generating coefficients to transmit data from one or more steerable antenna beams in the location direction of the predetermined target; | The system utilized by the accused product comprises one or more antennas (e.g., antennas of gNB) to focus on one or more predetermined targets (e.g., connected UE) by generating coefficients (e.g., filter coefficients) to transmit data (e.g., data transmission) from one or more steerable antenna beams (e.g., SSB beams of beamformed antenna) in the location direction (e.g., signal direction) of the predetermined target (e.g., connected UE). As shown below, the accused product comprises a 5G base station equipped with antennas that communicate with a connected UE by generating filter coefficients for data transmission using SSB beams of a beamformed antenna. These antennas are electrically tilted to adjust the beam direction toward the UE. This electrical tilting enables beamforming, which creates and steers focused beams of RF energy. Beamforming allows precise control of signal direction, thereby enhancing signal strength and signal quality for the UE. |

CellBox Air gNodeB is a carrier-grade wireless base station for deploying high-capacity outdoor 5G mmWave networks of outstanding stability and near-zero latency, facilitating ultra-fast connections between the user device and the core network.

It consists of:

- a powerful CellBox Air 5G mmWave Radio that accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance;
- a scalable RAN that allows extensive flexibility of 5G network deployment, both in outdoor private networks and fixed wireless access scenarios.

CellBox Air gNodeB provides excellent computing power in higher network layers and leverages the disaggregated architecture, which allows for the connection of multiple 5G mmWave radios, cost-efficiently expanding coverage.

https://microamp-solutions.com/products/cellbox-air-gnb

CellBox Air 5G mmWave is a high-power radio for distributing the 5G network signal in the mmWave spectrum in outdoor and macro cell scenarios. It allows for building next-generation mmWave 5G networks of enormous capacity and excellent economics.

The device accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance. It fully supports a distributed architecture, seamlessly interfacing with higher network layers provided by Microamp infrastructure, accelerated on the cloud or external servers, granting new dimensions of deployment flexibility.

CellBox Air 5G mmWave features a high-power RF front-end that provides an excellent link budget and allows for the equal distribution of the multi-gig signal within the covered area. It contains an integrated Massive MIMO antenna array and offers advanced beamforming and ultra-sensitivity, which translate into carrier-grade signal stability and coverage, making it a perfect solution for outdoor and macro cell use.

The radio is fully adapted to support all the Microamp 5G mmWave network features, such as Integrated Access and Backhaul, Mobility Mode, and an Uplink-heavy System.

https://microamp-solutions.com/products/cellbox-air-radio



**Superior 5G mmWave Coverage**

Extended and consistent signal range in mobile setup, fixed wireless access, and private network scenarios.

https://microamp-solutions.com/products/cellbox-air-radio

## 4.2    Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**

  - The UE stores the AS context;

  - Transfer of unicast data to/from UE;

  - At lower layers, the UE may be configured with a UE specific DRX;

  - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;

  - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;

  - Network controlled mobility within NR and to/from E-UTRA;

  - The UE:

    - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;

    - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;

    - Provides channel quality and feedback information;

    - Performs neighbouring cell measurements and measurement reporting;

    - Acquires system information;

    - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

### 4.3.39    CommonBeamformingFunction

#### 4.3.39.1    Definition

This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier.

The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point.

This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations.

The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams.  There may be more than one beam per CommonBeamformingFunction for the NRSectorCarrier.

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf


For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots.

For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots.

Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario.

https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

**beam:** main lobe of a radiation pattern from an AAS BS

NOTE:    For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

4.  **Quantity configurations:** The quantity configuration defines the measurement filtering configuration used for all event evaluation and related reporting, and for periodical reporting of that measurement. For NR measurements, the network may configure up to 2 quantity configurations with a reference in the NR measurement object to the configuration that is to be used. In each configuration, different filter coefficients can be configured for different measurement quantities, for different RS types, and for measurements per cell and per beam.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

The UE shall:

1> for each cell measurement quantity, each beam measurement quantity, each sidelink measurement quantity as needed in sub-clause 5.8.10, and for each CLI measurement quantity that the UE performs measurements according to 5.5.3.1:

2> filter the measured result, before using for evaluation of reporting criteria or for measurement reporting, by the following formula:

$$F_n = (1 - a)*F_{n-1} + a*M_n$$

where

$M_n$ is the latest received measurement result from the physical layer;

$F_n$ is the updated filtered measurement result, that is used for evaluation of reporting criteria or for measurement reporting;

$F_{n-1}$ is the old filtered measurement result, where $F_0$ is set to $M_1$ when the first measurement result from the physical layer is received; and for *MeasObjectNR*, $a = 1/2^{(ki/4)}$, where $k_i$ is the *filterCoefficient* for the corresponding measurement quantity of the i:th *QuantityConfigNR* in *quantityConfigNR-List*, and $i$ is indicated by *quantityConfigIndex* in *MeasObjectNR*; for other measurements, $a = 1/2^{(k/4)}$, where $k$ is the *filterCoefficient* for the corresponding measurement quantity received by the *quantityConfig*; for UTRA-FDD, $a = 1/2^{(k/4)}$ where k is the filterCoefficient for the corresponding measurement quantity received by *quantityConfigUTRA-FDD* in the *QuantityConfig*;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

**Electrical down tilt and mechanical tilt are two techniques used to modify the angle of an antenna in order to control its radio frequency pattern. Electrical down tilt employs electronic controls to adjust the beam, while mechanical tilt requires physically adjusting the mounting angle of the antenna.**

https://www.sannytelecom.com/electrical-down-tilt-antenna-vs-mechanical-tilt-antenna/#elementor-toc__heading-anchor-3

## What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

## Electrical Tilt:

Electrical tilt is the process of adjusting the phase of the signal that is fed to the antenna. This can be done by using a phase shifter. Electrical tilt is typically used to improve the gain of an antenna in a specific direction. For example, if an antenna is used to provide coverage to a cell phone tower, the antenna can be electrically tilted to improve the gain in the direction of the tower.

- Electrical tilt, also known as electronic tilt, is an adjustable parameter that controls the radiation pattern of an antenna.
- It is achieved by modifying the phase and amplitude of the signals sent to different antenna elements within an array.
- Electrical tilt allows for beamforming, which shapes and directs the radio frequency (RF) energy in specific directions.
- By adjusting the electrical tilt, the coverage area of the antenna can be modified without physically moving the antenna itself.
- Electrical tilt is typically adjusted remotely by network operators through the base station or antenna control system.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

## How to Use Antenna Tilt:

1. **Coverage Optimization:** Antenna tilt is used to optimize signal coverage in cellular networks. By adjusting the tilt, network operators can shape the radiation pattern of the antenna to focus the signal where it is needed the most, such as densely populated areas or specific coverage gaps.
2. **Interference Mitigation:** Antenna tilt is also used to mitigate interference between neighboring cells. By adjusting the tilt, operators can minimize the overlap of signals and reduce interference, improving network performance and overall quality of service.
3. **Sectorization:** In a cellular network, multiple sectors are often created to divide the coverage area. Each sector has its own antenna with adjustable tilt. By adjusting the tilt of each sector's antenna, operators can control the coverage area of each sector and ensure efficient frequency reuse.
4. **Network Capacity:** Antenna tilt can be used to manage network capacity. By adjusting the tilt, operators can shape the coverage area and direct the signal toward areas with high user demand, maximizing the capacity and throughput of the network.
5. **Beamforming:** Electrical tilt, in particular, enables beamforming, which is the process of creating and directing focused beams of RF energy. Beamforming allows for more precise control of signal direction and improves signal strength and quality for specific areas or users.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

| beamAzimuth | The azimuth of a beam transmission, which means the horizontal beamforming pointing angle (beam peak direction) in the (Phi) $\varphi$-axis in 1/10th degree resolution.  See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Zero degree implies explicit antenna bearing (boresight). Positive angle implies clockwise from the antenna bearing. allowedValues: [-1800 ..1800] 0.1 degree |
|---|---|

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf



| beamTilt | The tilt of a beam transmission, which means the vertical beamforming pointing angle (beam peak direction) in the (Theta) θ-axis in 1/10th degree resolution.  See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Positive value implies downtilt.<br><br>allowedValues: [-900..900] 0.1 degree |

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

## 5.2 Beamforming

Beamforming is a signal processing technology used to change the direction and the shape of radiation pattern of the array antenna for either signal transmission or signal reception. It is achieved by combining elements in the array in a way where signals at particular angles experience constructive interference and while others experience destructive interference.

Beamforming technology is used in the new PtMP structure introduced in clause 7 to automatically make alignment with hub site and leaf site. Figure 7 shows the internal diagram of beamforming. Multiple RF channel signals are transmitted at the same time and are combined in the air. The amplifier and phase shifter of each RF channel could be adjusted, in order to change the shape and phase of the beam, and then change the pointing direction of the beam combination.



**Figure 7: Internal diagram of beamforming**

Figure 8 shows the operation interface and illustration of beamforming. If the four array antennas are kept with the same phase in the left figure, the combination beam just goes straight. If the phase of four array antennas are changed in the right figure, the combination beam will change its direction accordingly.



**Figure 8: Operation interface and illustration of beamforming**

https://www.etsi.org/deliver/etsi_tr/103700_103799/103712/01.01.01_60/tr_103712v010101p.pdf

| | |
|---|---|
| one or more millimeter wave transceivers coupled to the one or more antennas; | The system utilized by the accused product comprises one or more millimeter wave transceivers (e.g., 5G mm wave transceiver of gNB) coupled to the one or more antennas (e.g., antennas of gNB).<br><br>As shown below, the accused product is a 5G enabled mmWave radio. The accused product is deployed with a 5G base station equipped with mm wave transceiver that is coupled to one or more gNB antennas.<br><br>CellBox Air gNodeB is a carrier-grade wireless base station for deploying high-capacity outdoor 5G mmWave networks of outstanding stability and near-zero latency, facilitating ultra-fast connections between the user device and the core network.<br><br>It consists of:<br><br>- a powerful CellBox Air 5G mmWave Radio that accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance;<br>- a scalable RAN that allows extensive flexibility of 5G network deployment, both in outdoor private networks and fixed wireless access scenarios.<br><br>CellBox Air gNodeB provides excellent computing power in higher network layers and leverages the disaggregated architecture, which allows for the connection of multiple 5G mmWave radios, cost-efficiently expanding coverage.<br><br>https://microamp-solutions.com/products/cellbox-air-gnb |

CellBox Air 5G mmWave is a high-power radio for distributing the 5G network signal in the mmWave spectrum in outdoor and macro cell scenarios. It allows for building next-generation mmWave 5G networks of enormous capacity and excellent economics.

The device accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance. It fully supports a distributed architecture, seamlessly interfacing with higher network layers provided by Microamp infrastructure, accelerated on the cloud or external servers, granting new dimensions of deployment flexibility.

CellBox Air 5G mmWave features a high-power RF front-end that provides an excellent link budget and allows for the equal distribution of the multi-gig signal within the covered area. It contains an integrated Massive MIMO antenna array and offers advanced beamforming and ultra-sensitivity, which translate into carrier-grade signal stability and coverage, making it a perfect solution for outdoor and macro cell use.

The radio is fully adapted to support all the Microamp 5G mmWave network features, such as Integrated Access and Backhaul, Mobility Mode, and an Uplink-heavy System.

https://microamp-solutions.com/products/cellbox-air-radio



**Superior 5G mmWave Coverage**

Extended and consistent signal range in mobile setup, fixed wireless access, and private network scenarios.

https://microamp-solutions.com/products/cellbox-air-radio

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

> 5G new radio (5G NR) adds mmWave frequencies to cellular devices and networks. With that comes RF-to-baseband signal chains and components not needed at sub-6 GHz frequencies. While mmWave frequencies technically span 30 GHz to 300 GHz, for 5G purposes mmWave covers 24 GHz to 90 GHz, though typically topping out at around 53 GHz. Originally conceived to bring higher data rates to smartphones in cities, mmWave applications have shifted to high-density use cases such as stadiums. It's also finding use in fixed-wireless access (FWA) internet services and private networks.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

**The transceiver**

Figure 2 shows an example of an RF transceiver that uses an IF stage between the baseband and a mmWave wave band of 24.25-29.5 GHz. This architecture uses 3.5 GHz as the fixed IF.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

The RF front end (RFFE) is typically defined as everything between the antenna and the digital baseband system. The RFFE is typically known as the analog-to-digital or RF-to-baseband portion of a receiver or transmitter. **Figure 1** shows an architecture known as direct conversion (zero IF) where the data converters operate directly on the RF signal.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

| a processor to control the one or more transceivers and one or more antennas in communication with the predetermined target using 5G protocols upon determining a location direction of the predetermined target; and | The system utilized by the accused product comprises a processor (e.g., processor utilized by the accused product) to control the one or more transceivers (e.g., 5G cellular transceiver of gNB) and one or more antennas (e.g., antennas of gNB) in communication with the predetermined target (e.g., connected UE) using 5G protocols upon determining a location direction (e.g., signal direction) of the predetermined target (e.g., connected UE). As shown below, the accused product is a 5G enabled mmWave radio deployed with a 5G base station. The base station is equipped with mm wave transceiver coupled to gNB antennas configured to communicate with a connected user equipment (UE). The antennas are electrically tilted to adjust beam direction toward the UE. This electrical tilting enables beamforming, which creates and steers focused beams of RF energy. Beamforming allows precise control of signal direction, thereby enhancing signal strength and signal quality for the UE. A processor of the accused product controls the transceiver and the antennas to communicate with the connected UE in accordance with 5G protocols. |

CellBox Air gNodeB is a carrier-grade wireless base station for deploying high-capacity outdoor 5G mmWave networks of outstanding stability and near-zero latency, facilitating ultra-fast connections between the user device and the core network.

It consists of:

- a powerful CellBox Air 5G mmWave Radio that accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance;
- a scalable RAN that allows extensive flexibility of 5G network deployment, both in outdoor private networks and fixed wireless access scenarios.

CellBox Air gNodeB provides excellent computing power in higher network layers and leverages the disaggregated architecture, which allows for the connection of multiple 5G mmWave radios, cost-efficiently expanding coverage.

https://microamp-solutions.com/products/cellbox-air-gnb

CellBox Air 5G mmWave is a high-power radio for distributing the 5G network signal in the mmWave spectrum in outdoor and macro cell scenarios. It allows for building next-generation mmWave 5G networks of enormous capacity and excellent economics.

The device accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance. It fully supports a distributed architecture, seamlessly interfacing with higher network layers provided by Microamp infrastructure, accelerated on the cloud or external servers, granting new dimensions of deployment flexibility.

CellBox Air 5G mmWave features a high-power RF front-end that provides an excellent link budget and allows for the equal distribution of the multi-gig signal within the covered area. It contains an integrated Massive MIMO antenna array and offers advanced beamforming and ultra-sensitivity, which translate into carrier-grade signal stability and coverage, making it a perfect solution for outdoor and macro cell use.

The radio is fully adapted to support all the Microamp 5G mmWave network features, such as Integrated Access and Backhaul, Mobility Mode, and an Uplink-heavy System.

https://microamp-solutions.com/products/cellbox-air-radio



**Superior 5G mmWave Coverage**

Extended and consistent signal range in mobile setup, fixed wireless access, and private network scenarios.

https://microamp-solutions.com/products/cellbox-air-radio

## 4.2    Functional Split

The **gNB** and ng-eNB host the following functions:

- Functions for Radio Resource Management: Radio Bearer Control, Radio Admission Control, Connection Mobility Control, Dynamic allocation of resources to UEs in both uplink and downlink (scheduling);

- IP and Ethernet header compression, encryption and integrity protection of data;

- Selection of an AMF at UE attachment when no routing to an AMF can be determined from the information provided by the UE;

- Routing of User Plane data towards UPF(s);

- Routing of Control Plane information towards AMF;

- Connection setup and release;

- Scheduling and transmission of paging messages;

https://www.etsi.org/deliver/etsi_ts/138300_138399/138300/16.04.00_60/ts_138300v160400p.pdf

- **RRC_CONNECTED:**
    - The UE stores the AS context;
    - Transfer of unicast data to/from UE;
    - At lower layers, the UE may be configured with a UE specific DRX;
    - For UEs supporting CA, use of one or more SCells, aggregated with the SpCell, for increased bandwidth;
    - For UEs supporting DC, use of one SCG, aggregated with the MCG, for increased bandwidth;
    - Network controlled mobility within NR and to/from E-UTRA;
    - The UE:
        - Monitors Short Messages transmitted with P-RNTI over DCI (see clause 6.5), if configured;
        - Monitors control channels associated with the shared data channel to determine if data is scheduled for it;
        - Provides channel quality and feedback information;
        - Performs neighbouring cell measurements and measurement reporting;
        - Acquires system information;
        - Performs immediate MDT measurement together with available location reporting.

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

### 4.3.39     CommonBeamformingFunction

#### 4.3.39.1     Definition

This <<IOC>>CommonBeamformingFunction represents common beamforming functionality (eg: SSB beams) for the NRSectorCarrier.

The CommonBeamformingFunction provides capability to configure the advanced antenna for a sector carrier. The configuration capability is provided by selection of coverageShape, digitalTilt and digitalAzimuth. These attributes represent the wanted coverage area and radiation pattern on a sector carrier related to an antenna transmission point.

This configuration capability assumes the system shall handle configuration of SSB beams within the sector carrier. Individual SSB beams within a sector carrier cannot be independently configured as this depends on many conditions and constraints, for instance TDD patterns, allocations of PRACH occasions, SIB1 and mobility considerations.

The associated <<IOC>> Beam provides information beam direction and beam width for the associated SSB beams as a result of the configuration. The beams addressed in this definition are the common beams.  There may be more than one beam per CommonBeamformingFunction for the NRSectorCarrier.

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf

For DL data transmission during UE mobility, gNB can configure different beams for this UE at different slots. It ensures appropriate transmit beam allocation to the UE for continuous DL transmission. Therefore DL data packet transmission is kept during beam pair switching at different slots.

For UL data transmission, PUSCH is sent using the beam configured by SRI (SRS resource indicator) by gNB. Accordingly, an appropriate gNB-side beam is selected for UL data reception. gNB may select different beams at different slots depending on the UE mobility. Therefore UL data packet transmission is kept during beam pair switching at different slots.

Based on the above analysis, the UE can always exchange user plane packets with gNB during the mobility transitions. Therefore, 0ms mobility interruption time is achieved by NR for this scenario.

https://www.etsi.org/deliver/etsi_tr/137900_137999/137910/16.01.00_60/tr_137910v160100p.pdf

**active antenna system base station:** base station system which combines an antenna array with a transceiver unit array and a *radio distribution network*

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

5G new radio (5G NR) adds mmWave frequencies to cellular devices and networks. With that comes RF-to-baseband signal chains and components not needed at sub-6 GHz frequencies. While mmWave frequencies technically span 30 GHz to 300 GHz, for 5G purposes mmWave covers 24 GHz to 90 GHz, though typically topping out at around 53 GHz. Originally conceived to bring higher data rates to smartphones in cities, mmWave applications have shifted to high-density use cases such as stadiums. It's also finding use in fixed-wireless access (FWA) internet services and private networks.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

**The transceiver**

Figure 2 shows an example of an RF transceiver that uses an IF stage between the baseband and a mmWave wave band of 24.25-29.5 GHz. This architecture uses 3.5 GHz as the fixed IF.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

The RF front end (RFFE) is typically defined as everything between the antenna and the digital baseband system. The RFFE is typically known as the analog-to-digital or RF-to-baseband portion of a receiver or transmitter. **Figure 1** shows an architecture known as direct conversion (zero IF) where the data converters operate directly on the RF signal.

https://www.5gtechnologyworld.com/look-inside-the-5g-mmwave-signal-chain/

**beam:** main lobe of a radiation pattern from an AAS BS

NOTE:    For certain AAS BS antenna array, there may be more than one beam.

**beam centre direction:** direction equal to the geometric centre of the half-power EIRP contour of the beam

**beam direction pair:** data set consisting of the *beam centre direction* and the related *beam peak direction*

**beam peak direction:** direction where the maximum EIRP is supposed to be found

https://www.etsi.org/deliver/etsi_ts/137100_137199/137105/16.04.00_60/ts_137105v160400p.pdf

## 5.3.3    RRC connection establishment

5.3.3.1    General



**Figure 5.3.3.1-1: RRC connection establishment, successful**

https://www.etsi.org/deliver/etsi_ts/138300_138399/138331/16.02.00_60/ts_138331v160200p.pdf

# What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

Electrical down tilt and mechanical tilt are two techniques used to modify the angle of an antenna in order to control its radio frequency pattern. Electrical down tilt employs electronic controls to adjust the beam, while mechanical tilt requires physically adjusting the mounting angle of the antenna.

https://www.sannytelecom.com/electrical-down-tilt-antenna-vs-mechanical-tilt-antenna/#elementor-toc__heading-anchor-3

## What is Antenna Electrical and Mechanical Tilt (and How to use it)?

Antenna tilt refers to the angle at which an antenna is physically inclined in both the vertical and horizontal planes. It is used in wireless communication systems, such as cellular networks, to optimize signal coverage and improve network performance. There are two types of antenna tilt: electrical tilt and mechanical tilt.

## Electrical Tilt:

Electrical tilt is the process of adjusting the phase of the signal that is fed to the antenna. This can be done by using a phase shifter. Electrical tilt is typically used to improve the gain of an antenna in a specific direction. For example, if an antenna is used to provide coverage to a cell phone tower, the antenna can be electrically tilted to improve the gain in the direction of the tower.

- Electrical tilt, also known as electronic tilt, is an adjustable parameter that controls the radiation pattern of an antenna.
- It is achieved by modifying the phase and amplitude of the signals sent to different antenna elements within an array.
- Electrical tilt allows for beamforming, which shapes and directs the radio frequency (RF) energy in specific directions.
- By adjusting the electrical tilt, the coverage area of the antenna can be modified without physically moving the antenna itself.
- Electrical tilt is typically adjusted remotely by network operators through the base station or antenna control system.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

## How to Use Antenna Tilt:

1. **Coverage Optimization:** Antenna tilt is used to optimize signal coverage in cellular networks. By adjusting the tilt, network operators can shape the radiation pattern of the antenna to focus the signal where it is needed the most, such as densely populated areas or specific coverage gaps.
2. **Interference Mitigation:** Antenna tilt is also used to mitigate interference between neighboring cells. By adjusting the tilt, operators can minimize the overlap of signals and reduce interference, improving network performance and overall quality of service.
3. **Sectorization:** In a cellular network, multiple sectors are often created to divide the coverage area. Each sector has its own antenna with adjustable tilt. By adjusting the tilt of each sector's antenna, operators can control the coverage area of each sector and ensure efficient frequency reuse.
4. **Network Capacity:** Antenna tilt can be used to manage network capacity. By adjusting the tilt, operators can shape the coverage area and direct the signal toward areas with high user demand, maximizing the capacity and throughput of the network.
5. **Beamforming:** Electrical tilt, in particular, enables beamforming, which is the process of creating and directing focused beams of RF energy. Beamforming allows for more precise control of signal direction and improves signal strength and quality for specific areas or users.

https://telcomaglobal.com/p/antenna-electrical-and-mechanical-tilt

| beamAzimuth | The azimuth of a beam transmission, which means the horizontal beamforming pointing angle (beam peak direction) in the (Phi) $\varphi$-axis in 1/10th degree resolution. See subclauses 3.2 in TS 38.104 [12] and 7.3 in TS 38.901 [53] as well as TS 28.662 [11]. The pointing angle is the direction equal to the geometric centre of the half-power contour of the beam relative to the reference plane. Zero degree implies explicit antenna bearing (boresight). Positive angle implies clockwise from the antenna bearing.<br><br>allowedValues: [-1800 ..1800] 0.1 degree |
|---|---|

https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/ts_128541v160700p.pdf



https://www.etsi.org/deliver/etsi_ts/128500_128599/128541/16.07.00_60/
ts_128541v160700p.pdf

## 5.2    Beamforming

Beamforming is a signal processing technology used to change the direction and the shape of radiation pattern of the array antenna for either signal transmission or signal reception. It is achieved by combining elements in the array in a way where signals at particular angles experience constructive interference and while others experience destructive interference.

Beamforming technology is used in the new PtMP structure introduced in clause 7 to automatically make alignment with hub site and leaf site. Figure 7 shows the internal diagram of beamforming. Multiple RF channel signals are transmitted at the same time and are combined in the air. The amplifier and phase shifter of each RF channel could be adjusted, in order to change the shape and phase of the beam, and then change the pointing direction of the beam combination.



**Figure 7: Internal diagram of beamforming**

Figure 8 shows the operation interface and illustration of beamforming. If the four array antennas are kept with the same phase in the left figure, the combination beam just goes straight. If the phase of four array antennas are changed in the right figure, the combination beam will change its direction accordingly.



**Figure 8: Operation interface and illustration of beamforming**

| | |
|---|---|
| | https://www.etsi.org/deliver/etsi_tr/103700_103799/103712/01.01.01_60/tr_103712v010101p.pdf<br><br>The 5G protocol stack is the architecture of protocols within a 5G network that perform specific functions like managing data transmission, error correction, and resource allocation. It exists as two separate elements: the control plane (CP) and the user plane (UP).<br><br>It's more complex than the 4G protocol stack due to the numerous advanced features and technologies added in 5G. Some factors that contribute to the complexity of the 5G protocol stack include (**Figure 1**):<br><br>&bull; Multiple numerology refers to multiple configurations of subcarrier spacing and other parameters in 5G networks. In LTE, 15 kHz is the only subcarrier spacing (numerology). Multiple numerologies allow 5G to meet the needs of a variety of use cases, such as enhanced mobile broadband (eMBB), ultra-reliable low latency communication (URLLC), and massive machine-type communication (mMTC).<br>&bull; Utilizing millimeter wave frequencies in 5G necessitates more complex signal processing techniques at the physical layer than 4G.<br><br>https://www.5gtechnologyworld.com/what-is-the-5g-protocol-stack/ |
| an edge learning machine that uses pre-trained models and modifies the pre-trained models for a selected task. | The system utilized by the accused product comprises an edge learning machine (e.g., an edge computing machine, etc.) that uses pre-trained models (e.g., edge computing pre-trained models, etc.) and modifies the pre-trained models (e.g., edge computing pre-trained models, etc.) for a selected task (e.g., tasks, applications, etc.).<br><br>As shown below, the accused product provides edge computing for 5G enabled devices. It uses pre-trained models and adapts or modifies those models for various tasks, applications, etc. |

CellBox Air 5G mmWave is a high-power radio for distributing the 5G network signal in the mmWave spectrum in outdoor and macro cell scenarios. It allows for building next-generation mmWave 5G networks of enormous capacity and excellent economics.

The device accelerates unique algorithms in the 3GPP-compliant L1 Phy layer to provide users with extraordinary mmWave performance. It fully supports a distributed architecture, seamlessly interfacing with higher network layers provided by Microamp infrastructure, accelerated on the cloud or external servers, granting new dimensions of deployment flexibility.

CellBox Air 5G mmWave features a high-power RF front-end that provides an excellent link budget and allows for the equal distribution of the multi-gig signal within the covered area. It contains an integrated Massive MIMO antenna array and offers advanced beamforming and ultra-sensitivity, which translate into carrier-grade signal stability and coverage, making it a perfect solution for outdoor and macro cell use.

The radio is fully adapted to support all the Microamp 5G mmWave network features, such as Integrated Access and Backhaul, Mobility Mode, and an Uplink-heavy System.

https://microamp-solutions.com/products/cellbox-air-radio



**Superior 5G mmWave Coverage**

Extended and consistent signal range in mobile setup, fixed wireless access, and private network scenarios.

https://microamp-solutions.com/products/cellbox-air-radio

The first O-RAN-based 5G mmWave Radio Units provided by Microamp have been tested with full Keysight support in the OTIC (Open Test and Integration Center) Lab in Turin, hosted by TIM.

It's a first step in the synergy with the entire Open RAN ecosystem (equipment providers, start-ups, system integrators, etc.) to test new solutions and accelerate the deploument of this technology for the new European mobile network architecture based on 5G mmWave, Cloud, and Edge Computing.

https://microamp-solutions.com/newsroom/tests-in-otic-lab

Microamp 5G mmWave is a game changer for data centers, providing ultra-fast, low-latency connectivity that enables efficient data handling and seamless integration of emerging technologies like edge computing. Data center operators can optimize infrastructure and meet the growing demand for high-speed, reliable industry services.

https://microamp-solutions.com/newsroom/microamp-and-supermicro-connectx-2025

**Real-time operational data processing**

Transit systems generate vast amounts of data from trains, stations, and passenger flows. Processing this data in real-time for effective decision-making is challenging with existing networks.

SOLUTION

**Real-time AI reasoning**

Microamp's 5G mmWave enables instant data processing and AI-driven analytics to optimize operations and enhance passenger safety in real time.

https://microamp-solutions.com/solutions/public-transit

Edge computing is a **distributed computing approach that brings computation and data storage to the forefront**, rather than relying on a centralized data centre. This distributed approach has many advantages, particularly in Machine Learning, where real-time data analysis and low-latency decisions are crucial. Edge computing enables real-time processing of data, faster response times, and reduced network strain. **It allows for the deployment of machine learning models on devices at the edge of the network**, such as edge gateways, sensors, and IoT devices. Due to edge deployment, they can process data locally and in real-time. This way, **it eliminates the need for data to be transmitted to a centralized location for processing**, resulting in reduced latency and improved privacy and security. In this blog post, we will delve into the benefits, use cases, and implementation of Edge computing in Machine Learning with the help of an illustrative code example.

https://kharepratyush.medium.com/real-time-machine-learning-edge-computing-in-action-50c2b37b2a22

A pre-trained model is essentially a ready-made machine learning model that has been previously trained on a substantial dataset. These models are designed to be reused across different tasks and applications, often serving as a starting point for customization and further training specific to a new task.

https://www.tensorway.com/glossary/pre-trained-model